# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| John Doe<br>*Plaintiff*<br>v.<br>Donald Selsky, J. Wood, D. Squires,<br>C. Schoonover, Sergeant Harvey, Christine A.<br>Antenore, Peter Russell, and J. Thompson<br>*Defendant* | ) ) ) ) ) )   Civil Action No.   08-CV-6199 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   Order granting defendants motion for summary judgment and dismissing the complaint. Plaintiffs cross motion for declaratory judgment is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   David G. Larimer   on a motion for   summary judgment.

Date:   Jan 18, 2012

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*