# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| John Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   08-CV-6199 |
| Donald Selsky, J. Wood, D. Squires, | ) | |
| C. Schoonover, Sergeant Harvey, Christine A. | ) | |
| Antenore, Peter Russell, and J. Thompson | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   Order granting defendants motion for summary judgment and dismissing the complaint.  Plaintiffs cross motion for declaratory judgment is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   David G. Larimer   on a motion for   summary judgment.

Date:   Jan 18, 2012

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*