UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                Plaintiff,

                                              DECISION AND ORDER

                                              08-CV-6199L

                v.

DONALD SELSKY, et al.,

                Defendants.
_____

        Plaintiff moves (Dkt. #47), *pro se,* pursuant to FED. R. CIV. P. 60(b) to vacate a prior decision of this Court. By order (Dkt. #45), this Court granted defendants' motion for summary judgment and dismissed the complaint.

        Plaintiff fails to set forth with specificity which order of the Court he wishes the Court to reconsider and vacate. The bulk of plaintiff's application seems to relate to the Court's failure to assign plaintiff counsel. It does not appear, however, that plaintiff ever requested counsel. The only docket entry referenced by plaintiff is Docket #30 where plaintiff requested an extension to reply to the defendants' motion. Plaintiff did make a reference that he was a lay person but there was no request for appointment of counsel. In light of the above, there is no basis to vacate any prior order of this Court.

                                              CONCLUSION

        Plaintiff's motion (Dkt. #47) to vacate the judgment is in all respects denied.

        IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
         June 12, 2012.